UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 25-1163-MWF(ADSx)** | Date: May 22, 2025 |
| Title *Ivette Estephanie Serna v. United States of America, et al.* | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 11, 2025. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on May 12, 2025.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 6, 2025**.

- By Plaintiff: Proofs of Service of the Summons and Complaint. Service must comply with the all the requirements of Federal Rules of Civil Procedure, Rule 4(i), regarding service on the United States and its agencies, corporations, officers, or employees. Any incomplete service will be deemed an unsatisfactory response to this Order to Show Cause.

    AND/OR

- By Defendants: Response to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the timely filing of the response to the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    CV 25-1163-MWF(ADSx)                                    Date:  May 22, 2025

Title             *Ivette Estephanie Serna v. United States of America, et al.*

Failure to fully and properly respond to the Order to Show Cause by **JUNE 6, 2025**, will result in the dismissal of this action.

    IT IS SO ORDERED.